IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00099-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      $80,000.00 IN UNITED STATES CURRENCY,

        Defendant.

_____

**UNITED STATES' STATUS REPORT – APRIL 21, 2021**
_____

      COMES NOW the United States of America (the "United States"), by Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Laura B. Hurd, and hereby files a status report, stating the following:

      1.      On January 13, 2021, the United States filed a *Verified Forfeiture Complaint* for Forfeiture *In Rem* against the defendant asset pursuant to 21 U.S.C. § 881. (Doc. 1).

      2.      On January 15, 2021, the United States send Notice of Complaint to all known interested parties. (Doc. 4). In addition, the United States also posted notice on an official government site for 30 days in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions beginning on January 15, 2021. The Claim deadline based on publication was March 16, 2021.

3. On March 11, 2021, the United States filed its Status Report, indicating that undersigned counsel had been in contact with Mr. Frank Moya *Esq*., counsel for a potential claimant in this case, regarding a potential settlement. (Doc. 9).

4. The Court Ordered a further Status Report due on April 19, 2021 and a Status Conference set for April 22, 2021. (Doc. 10). Undersigned counsel failed to file a Status Report on April 19, 2021, and the Court ordered a Status Report due April 21, 2021. (Doc. 11). Undersigned counsel informs the Court that she had calendared the Status Conference date but had failed to calendar the Status Report deadline. Undersigned counsel apologizes to the Court and its staff for the oversight and any inconvenience caused by undersigned counsel's failure.

5. At this juncture, the United States and potential claimant, through Frank Moya *Esq.,* have reached a verbal settlement. Undersigned counsel sent Mr. Frank Moya the settlement documents on March 29, 2021, and Mr. Moya sent an email to undersigned counsel on April 13, 2021, stating that he would provide them to the United States as soon as possible. The United States also spoke to Mr. Moya who stated he would attempt to get the settlement paperwork to the United States this week.

6. As soon as the settlement paperwork has been returned, the United States will inform the Court and file the appropriate motions. Given that a settlement has been reached, the United States does not believe a Status Conference is necessary at this time.

DATED this 21st day of April 2021.

Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:  *s/Laura B. Hurd*
      Laura B. Hurd
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202
      Phone: (303) 454-0100
      Email: laura.hurd@usdoj.gov
      *Attorney for the United States*